## Ladd v. R. S. Noonan, Inc., Appellant.

Argued May 27, 1969. Before BELL, C. J., COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*F. Joseph Larkin,* with him *Arthur Markowitz,* and *Markowitz, Kagen & Griffith,* for appellant.

*Joseph Weiner,* with him *Wilfred R. Lorry,* and *Freedman, Borowsky and Lorry,* for appellee.

*William W. Hafer,* for appellee.

OPINION PER CURIAM, June 27, 1969:

Order affirmed.

Mr. Justice JONES took no part in the consideration or decision of this case.